UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BRENT BHARATH,

    Plaintiff,                                                CASE NO. Case 0:13-cv-60197-WPD

    v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, BRENT BHARATH ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  May 17, 2013                    RESPECTFULLY SUBMITTED,

                                                       KROHN & MOSS, LTD.

                              By: /s/ Shireen Hormozdi

                                  Shireen Hormozdi, Esq.
                                  Attorney for Plaintiff
                                  Krohn & Moss, Ltd.
                                  10474 Santa Monica Blvd., Suite 405
                                  Los Angeles, CA 90025
                                  Tel: (323) 988-2400 x 267
                                  Fax: (866) 385-1408
                                  Email: shormozdi@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to defendant at the below address:

Commercial Recovery Systems, Inc
Attn: Jack Wood
8035 East R. L Thornton, Suite 200,
Dallas TX 75357

By:   /s/ Shireen Hormozdi

Shireen Hormozdi, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 385-1408
Email: shormozdi@consumerlawcenter.com