**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

BRENT BHARATH,

    Plaintiff,                                             CASE NO. Case 0:13-cv-60197-WPD

    v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

BRENT BHARATH (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, COMMERCIAL RECOVERY SYSTEMS, INC. (Defendant), in this case.

DATED:  July 26, 2013                RESPECTFULLY SUBMITTED,

                                           KROHN & MOSS, LTD.

                                  By: /s/ Shireen Hormozdi

                                      Shireen Hormozdi, Esq.
                                      Attorney for Plaintiff
                                      Krohn & Moss, Ltd.
                                      10474 Santa Monica Blvd., Suite 405
                                      Los Angeles, CA 90025
                                      Tel: (323) 988-2400 x 267
                                      Fax: (866) 385-1408
                                      Email: shormozdi@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the below address.

    Commercial Recovery Systems, Inc
    Attn: Jeff Wood
    8035 East R. L Thornton, Suite 200,
    Dallas TX 75357


                                            By:     /s/ Shireen Hormozdi

                                                     Shireen Hormozdi, Esq.
                                                     Attorney for Plaintiff
                                                   Krohn & Moss, Ltd.
                                                   10474 Santa Monica Blvd., Suite 401
                                                   Los Angeles, CA 90025
                                                   Tel: (323) 988-2400 x 267
                                                   Fax: (866) 385-1408
                                                   Email: shormozdi@consumerlawcenter.com