UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60197-CIV-DIMITROULEAS

BRENT BHARATH,

    Plaintiff,

vs.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 12], filed herein on July 26, 2013. The Court has carefully considered the Notice [DE 12] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 12] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs except as otherwise agreed by the parties;

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of July, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record